1
2
3
4
5
6
7
8                        **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RICHARD A. RIJOS,                              CASE NO. CV-F-05-0659 OWW LJO

12                 Plaintiff,                       **ORDER TO SHOW CAUSE RE CONSENT
                                                     TO MAGISTRATE JUDGE**
13        vs.

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,
15
                     Defendant.
16   _____/

17        Plaintiff Richard A. Rijos ("plaintiff") proceeds in this action seeking judicial review of an

18   administrative decision denying plaintiff's claim for disability benefits under the Social Security Act.

19        On May 20, 2005, plaintiff's complaint was filed in this action.  On May 20, 2005, this Court

20   issued its scheduling order requiring plaintiff to serve the summons, complaint, notice and form of

21   consent (i.e. whether or not to proceed before a magistrate judge)  ("consent form"), and copy of the

22   scheduling order and to file return of service with this Court.  On June 22, 2005, this Court's clerk

23   mailed plaintiff a letter to remind plaintiff of the need to file an executed consent form.  On July 27,

24   2005, the clerk mailed plaintiff a second letter to remind plaintiff of the need to file an executed consent

25   form.  After two reminders, plaintiff still has failed to file an executed consent form.

26        Accordingly, this Court orders plaintiff to show cause, in writing, within 10 days of the date of

27   service of this order, why plaintiff has failed to file an executed consent form and why appropriate

28   sanctions should not be imposed for failure to do so.

1

1

**Plaintiff is admonished that failure to timely comply with this order will result in a**

2

**recommendation for dismissal of this action.**

3

IT IS SO ORDERED.

4

**Dated:    August 23, 2005              /s/ Lawrence J. O'Neill**

b9ed48                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2