# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. RIJOS, | CASE NO. CV-F-05-0659 OWW LJO |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE RE CONSENT** (Doc. 6) |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

On August 23, 2005, this Court issued an order to show cause for plaintiff's failure to file an executed consent form. Plaintiff has now filed a consent form. Accordingly, the Court VACATES the order to show cause.

IT IS SO ORDERED.

**Dated:   August 25, 2005**             /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

1