IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. RIJOS,<br><br>        Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-05-0659 LJO<br><br>**ORDER ON PLAINTIFF'S MOTION<br>TO EXTEND TIME TO APPEAL** |

On July 27, 2006, this Court entered judgment as a matter law in favor of defendant Jo Anne B. Barnhart, Commissioner of Social Security and against plaintiff Richard A. Rijos on plaintiff's appeal of an administrative decision denying his claim for Disability Insurance Benefits under the Social Security Act.

On September 22, 2006, a "Notice of Appeal" was filed on behalf of plaintiff by the Law Office of Lawrence D. Rohlfing as Document 22 in the Court's file.  Thereafter, on September 25, 2006, the Court received a motion by plaintiff for an "Extension of Appeal." (Document 24.)  Plaintiff's motion asks "for an extension of my appeal date on my case."

The Court's file indicates that an extension of time is unnecessary because the Notice of Appeal has been filed.  Accordingly, Plaintiff's request for extension is DENIED as MOOT.  If plaintiff is requesting some other form of relief, plaintiff is directed to submit an additional motion and clearly indicate the relief sought.

IT IS SO ORDERED.

**Dated:  September 27, 2006**                   /s/ Lawrence J. O'Neill
b9ed48                                                          UNITED STATES MAGISTRATE JUDGE